Same case below, 367 Fed. Appx. 979.

**No. 09-11242. Danny R. Alejandro, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 869, 131 S. Ct. 167, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6852.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11243. Arnell Devon Elrod, Petitioner v. United States.**

562 U.S. 869, 131 S. Ct. 167, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 7062.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 373 Fed. Appx. 1.

**No. 09-11244. Jaime Corvaia-Hernandez, Petitioner v. United States.**

562 U.S. 869, 131 S. Ct. 167, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6528.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 827.

**No. 09-11246. Kenneth Chase, aka Kenneth V. Chase, Petitioner v. United States.**

562 U.S. 869, 131 S. Ct. 167, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6466.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11247. Barry Lamont Price, Petitioner v. United States.**

562 U.S. 869, 131 S. Ct. 167, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6535.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11248. Anthony Benjamin, Petitioner v. Sergeant Shepherd, et al.**

562 U.S. 869, 131 S. Ct. 168, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6688,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-11249. Tito Abrante, Petitioner v. Peter St. Amand, Superintendent, Massachusetts Correctional Institution at Cedar Junction.**

562 U.S. 869, 131 S. Ct. 168, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6592.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 595 F.3d 11.

**No. 09-11250. Earl Bradley Booker, Petitioner v. United States.**

562 U.S. 870, 131 S. Ct. 168, 178 L. Ed. 2d 99, 2010 U.S. LEXIS 6475.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.